**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**EDUARDO FIGUEROA NEGRON**,

Plaintiff,

v. Case No. 8:26-cv-02782-WFJ-LSG

**ELADIO FIGUEROA NEGRON**,

Defendant.
______________________________/

**ORDER**

Before the Court is Plaintiff Eduardo Figueroa Negron's Motion to Proceed *in forma pauperis*. Dkt. 2. United States Magistrate Judge Griffin issued a report recommending the action be dismissed without prejudice and the motion be denied. Dkt. 3. Plaintiff has filed an objection. Dkt. 4. Upon careful consideration, the Court agrees with the Magistrate Judge's thorough and well-reasoned factual findings and legal conclusions finds the report and recommendation is due to be adopted.

When a party makes timely and specific objections to the report and recommendation of the magistrate judge, the district judge shall conduct a *de novo* review of the portions of the record to which objection is made. 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(3); *Jeffrey S. v. State Bd. of Educ. of State of Ga.*, 896 F.2d 507, 512 (11th Cir. 1990). After an independent review, the Court may

accept, reject, or modify the magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(3); *Macort v. Prem., Inc.*, 208 F. App'x 781, 783–84 (11th Cir. 2006).

Plaintiff's objection is comprised of the following unintelligible statement: "I am calling for the arrest and the imposition of death penalty that innocent children and people were killed and tortured[.]" Dkt. 4. Without any specific objections, the Court reviews the legal conclusions of the magistrate judge. *See LeCroy v. McNeil*, 397 F. App'x 554, 556 (11th Cir. 2010) (citation omitted); *Cooper-Houston v. S. Ry. Co.*, 37 F.3d 603, 604 (11th Cir. 1994).

The Magistrate Judge noted that "[a]lthough the complaint invokes federal question jurisdiction, the plaintiff cites no claim or right arising under federal law to support jurisdiction." Dkt. 3 (citing 28 U.S.C. § 1331). Indeed, Plaintiff alleges vague facts regarding a domestic dispute and seeks $80 billion, but provides neither a legal claim nor a basis of relief nor a connection to the Middle District of Florida. *See* Dkt. 1. The Magistrate Judge found that this action lacks subject matter jurisdiction and is frivolous, and thus recommended dismissing this action without prejudice and denying the motion to proceed *in forma pauperis*. Dkt. 3; *see* Fed. R. Civ. P. 12(h)(3) ("If the court determines at any time that it lacks subject-matter jurisdiction, the court must dismiss the action."); 28 U.S.C. § 1915(e)(2)(B)(i)-(iii) (requiring dismissal if an action is frivolous or fails to state a claim upon which relief

may be granted). For the reasons explained in the thorough and well-reasoned Report and Recommendation, and in conjunction with an independent examination of the file, the Court rules as follows:

1. The Report and Recommendation of United States Magistrate Judge Griffin, Dkt. 3, is **ADOPTED**, **CONFIRMED**, and **APPROVED** in all respects and made a part of this order;

2. Plaintiff's Complaint, Dkt. 1, is **DISMISSED without prejudice**;

3. Plaintiff's Motion to proceed *in forma pauperis*, Dkt. 2, is **DENIED**.

4. The Clerk is directed to **TERMINATE** all pending motions and deadlines and to **CLOSE** the case.

**DONE AND ORDERED** at Tampa, Florida, on October 13, 2026.

*/s/ William F. Jung*
**WILLIAM F. JUNG**
**UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
*Pro se* party